Cox *v.* ATKINSON & TURNER.

LUMPKIN, P. J. This being the first grant of a new trial, and it not appearing that the verdict returned was under the law and the evidence absolutely required, the judgment of the trial court will not be disturbed. Civil Code, § 5585.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,— Decided June 10, 1902.

Trover.    Before Judge Longley.    City court of LaGrange.    January 9, 1902.

*E. T. Moon* and *G. D. Dominick*, for plaintiff.

*R. A. S. Freeman*, for defendants.